**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/29/2026

CHRISTINA WILLIAMS *
*
Plaintiff, *
*
*
vs. *
* NO. 1:26-CV-04908-MKV
COMMISSIONER OF SOCIAL SECURITY *
*
*
Defendant. *
*

**MOTION FOR EXTENSION TO FILE PLAINTIFF'S MEMORANDUM AND JOINT PROPOSED SCHEDULE**

Christina Williams, Plaintiff in the above-captioned matter, by and through their undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through November 29, 2026, for Plaintiff to file their Brief.

As such, the joint proposed schedule is as follows: it is requested Plaintiff's memorandum would be due November 29, 2026. It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on January 28, 2027. Attorney Kristina Cohn consents to this proposed schedule.

**Granted. SO ORDERED.**

The Clerk of Court is directed to close ECF Nos. 6 and 7 on the docket.

Date: 10/29/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

Respectfully Submitted,

/s/ Ida Comerford
Ida Comerford, Esq.
Attorney for Plaintiff
Hiller Comerford Injury & Disability
6000 N. Bailey Avenue, Suite 1A
Amherst, New York 14226
icomerford@hillercomerford.com